UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORP., <br><br>                    Plaintiffs, <br>        v. <br>TIVO INC., <br><br>                    Defendant. | Case No.: 13-80015 PSG <br><br> **ORDER SOLICITING RESPONSE FROM TIVO INC.** <br><br> **(Re: Docket No. 8)** |

On March 13, 2013, third-party Technicolor S.A. ("Technicolor") filed a conditional motion for a protective order subject to the court's determination of Tivo Inc.'s ("Tivo") motion to compel Google Inc. ("Google") to produce certain documents.[1]  Google filed a notice of non-opposition to Technicolor's motion.[2]  The court invites a response from Tivo regarding its position on Technicolor's request.  Tivo shall file its response no later than seven days from this order.

**IT IS SO ORDERED.**

Dated: April 23, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 8.

[2] *See* Docket No. 10.

Case No.: 13-80015 PSG
ORDER

1