1  IRELL & MANELLA LLP
   Joseph Lipner (155735)
2  Maclain Wells (221609)
   Thomas C. Werner (223792)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
5  E-mail:       twerner@irell.com

6  Attorneys for Counterclaim Plaintiff TiVo Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  MOTOROLA MOBILITY, INC. and           )   Case No. 13-mc-80015-LHK-PSG
    GENERAL INSTRUMENT CORPORATION,       )
12                                        )   *Underlying Action (Pending in Eastern*
                  Plaintiffs,             )   *District of Texas)*
13                                        )   Civil Case No. 5:11-cv-053-JRG
          vs.                             )
14                                        )   **TIVO'S RESPONSE TO THIRD PARTY**
    TIVO INC.,                            )   **TECHNICOLOR'S MOTION TO SET A**
15                                        )   **HEARING FOR A PROTECTIVE ORDER**
                  Defendant.              )
16  _____      )
                                          )
17  TIVO INC.,                            )
                                          )
18                Counterclaim Plaintiff, )
                                          )
19        vs.                             )
                                          )
20  MOTOROLA MOBILITY, INC., GENERAL      )
    INSTRUMENT CORPORATION, TIME          )
21  WARNER CABLE INC., and TIME           )
    WARNER CABLE LLC,                     )
22                                        )
                  Counterclaim Defendants.)
23  _____      )

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. 13-mc-80015-LHK-PSG
TIVO'S RESPONSE TO TECHNICOLOR'S MOTION

TiVo Inc. ("TiVo") submits this response to specially appearing third party Technicolor SA's ("Technicolor") conditional motion for a protective order (Dkt. No. 8).

For the following reasons, TiVo believes that Technicolor's conditional motion for a protective order has been mooted by agreement of the parties. In an effort to address Technicolor's concerns without judicial intervention, counsel for TiVo and Technicolor have met and conferred regarding Technicolor's conditional motion several times in the past week. During the meet and confer process, Technicolor raised one document falling into the categories of documents that are the subjects of TiVo's motion to compel on Google, Inc. ("Google") for which Technicolor expressed concerns regarding confidentiality. For this document, Technicolor did not object to production of the content relating to the subjects of TiVo's motion to compel Google, but to disclosure of ancillary information within the document. Technicolor raised no other objections. TiVo has expressly agreed to accept a redacted version of that document that only discloses the information relating to the subjects of TiVo's motion to compel. Accordingly, TiVo believes that this issue has been resolved and any order of the Court will not adversely impact the confidentiality of Technicolor's documents. Due to timing, Technicolor was unable to confirm that they are withdrawing their motion prior to the filing deadline of this response.

In order to preserve TiVo's rights, and should Technicolor refuse to withdraw its motion, TiVo makes the following response to Technicolor's formal motion. First, TiVo objects to the timing and breadth of Technicolor's motion. Trial in the underlying action is scheduled to begin on June 10, 2013. To the extent that the Court grants TiVo's motion to compel, Google should be required to produce the requested discovery and privilege log forthwith. To the extent that the Court entertains Technicolor's conditional motion, Google's production of materials unrelated to Technicolor's confidential information should not be delayed. Second, TiVo objects to Technicolor's position that the Protective Order in place in the underlying action is inadequate to address any confidentiality concerns. That Protective Order is sufficient to protect any confidential Technicolor information that may exist.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

Case No. 13-mc-80015-LHK-PSG
TIVO'S RESPONSE TO TECHNICOLOR'S MOTION

| | |
|---|---|
| Dated:  April 30, 2013 | Respectfully submitted, |
| | By: */s/ Thomas C. Werner* |
| | Thomas C. Werner |
| | IRELL & MANELLA LLP |
| | Joseph Lipner |
| | jlipner@irell.com |
| | Maclain Wells |
| | mwells@irell.com |
| | Thomas C. Werner |
| | twerner@irell.com |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067-4276 |
| | Telephone:(310) 277-1010 |
| | Facsimile:(310) 203-7199 |
| | Attorneys for TiVo Inc. |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

- 3 -

Case No. 13-mc-80015-LHK-PSG
TIVO'S RESPONSE TO TECHNICOLOR'S MOTION