IRELL & MANELLA LLP
Joseph Lipner (155735)
Maclain Wells (221609)
Thomas C. Werner (223792)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
E-mail: twerner@irell.com

Attorneys for Counterclaim Plaintiff TiVo Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>Defendant.<br><br>TIVO INC.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>Counterclaim Defendants. | Case No. 13-mc-80015-LHK-PSG<br><br>*Underlying Action (Pending in Eastern District of Texas)*<br>Civil Case No. 5:11-cv-053-JRG<br><br>**TIVO'S SUPPLEMENTAL RESPONSE TO THIRD PARTY TECHNICOLOR'S MOTION TO SET A HEARING FOR A PROTECTIVE ORDER** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Case No. 13-mc-80015-LHK-PSG
TIVO'S SUPP. RESP. TO TECHNICOLOR'S MOTION

1  TiVo Inc. ("TiVo") submits this supplemental response to specially appearing third party Technicolor SA's ("Technicolor") conditional motion for a protective order (Dkt. No. 8). Technicolor's motion is now moot.

During further meet and confer efforts, Technicolor confirmed that only one Technicolor document falls into the categories of documents that are the subjects of TiVo's motion to compel on Google, Inc. ("Google"). To alleviate Technicolor's concerns and facilitate Google's production of responsive materials in advance of the upcoming June 10, 2013 trial in the underlying action, TiVo has agreed to forego production of the one Technicolor document.

Dated: May 15, 2013

Respectfully submitted,

By: */s/ Thomas C. Werner*
    Thomas C. Werner

IRELL & MANELLA LLP
Joseph Lipner
jlipner@irell.com
Maclain Wells
mwells@irell.com
Thomas C. Werner
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

Attorneys for TiVo Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

Case No. 13-mc-80015-LHK-PSG
TIVO'S SUPP. RESP. TO TECHNICOLOR'S MOTION