UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORP., <br><br> Plaintiffs, <br> v. <br> TIVO INC., <br><br> Defendant. | Case No.: 13-80015 PSG <br><br> **ORDER SETTING HEARING RE: STATUS OF TIVO INC.'S MOTION TO COMPEL** <br><br> **(Re: Docket No. 1)** |

Tivo, Inc. ("Tivo") seeks to compel Google Inc. ("Google") to provide responsive documents to a subpoena relating to a patent infringement suit in the Eastern District of Texas between Tivo and Motorola Mobility, Inc. ("Motorola"), a Google subsidiary. Google noted in its opposition that Tivo ought to secure the documents from Motorola rather than seek them from Google. Tivo stated in its reply and at the hearing that it indeed had filed in the Eastern District of Texas a motion to compel Motorola to produce similar documents but that it believed Google had other responsive materials. It also filed a motion to compel production of documents against Arris Group Inc. ("Arris"), yet another entity that may have the documents Tivo wants.

The court has learned from its own research that the parties resolved those motions to compel prior to a hearing with Judge Gilstrap. Given that no party informed the court of the resolutions, let alone the details of the discovery negotiations, the court is unclear what, if any,

1

Case No.: 13-80015 PSG
ORDER

dispute remains between Tivo and Google regarding Google's production.  The parties therefore shall appear for a telephonic hearing tomorrow, May 24, 2013 at 10:30 a.m., to explain the status of Tivo's motion.  The parties should be prepared to explain to the court exactly what documents Tivo obtained from Motorola and Arris that overlap with Tivo's request to Google and what responsive documents, if any, Tivo believes Google possesses that Tivo has not yet received.

**IT IS SO ORDERED.**

Dated:  May 23, 2013

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-80015 PSG
ORDER

2