# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: May 24, 2013                                  Time in Court: 16 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:29 to 10:45)

---

**TITLE: Motorola Mobility, Inc., et al. v. TiVo, Inc.**
**CASE NUMBER**: MC13-80015 LHK
Plaintiff Attorney(s) present: No parties present
Defendant Attorney(s) present, *telephonically*: Maclain Wells and Thomas Werner
Non-Party Attorney(s) present, *telephonically*: Matthew Warren

---

**PROCEEDINGS:**
**Status as to TiVo's Motion to Compel**

Status conference held.
Court to issue order after hearing.

///